UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE ROBINSON<br>4500 Apex Lane<br>Beltsville, MD 20705-1570<br><br>　　　　　Plaintiff<br><br>v.<br><br>DIRK KEMPTHORNE, SECRETARY,<br>U.S. DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, DC 20240<br><br>　　　　　Agency/Defendant | Case No. |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Comes now the Plaintiff, Lawrence Robinson, by and through his attorneys, Andrew W. Nussbaum and Knight, Manzi, Nussbaum & LaPlaca, P.A., and hereby sues Defendant, Dirk Kempthorne, Secretary, United States Department of the Interior, for legal and equitable relief (compensatory and punitive damages and certain equitable remedies) resulting from acts of intentional, illegal and unlawful discrimination and retaliation committed by Defendant and its agents, servants and/or employees against Plaintiff. In support of his Complaint, Plaintiff states as follows:

### JURISDICTION

1. Subject matter jurisdiction of this Court is based upon Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e-5. This suit is authorized under Title VII pursuant to 29CFR §1614.407(c).

2. Plaintiff, Lawrence Robinson, is a citizen of the United States and a resident of the State of Maryland.

3. Upon information and belief, Defendant, Dirk Kempthorne is the Secretary, United States Department of the Interior.

4. All facts and actions complained of herein occurred in the District of

Columbia. The Plaintiff has suffered damages in the District of Columbia, as a result of actions taken by the Defendant and its agents and/or employees in the District of Columbia.

5.   This court has subject matter jurisdiction over this case. Venue is proper in the District of Columbia.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6.   On July 25, 2005, Plaintiff, Lawrence Robinson, filed a formal Complaint of Discrimination against the U.S. Department of the Interior (DOI), National Park Service (NPS). The Complaint was assigned Agency Case Nos. DM-2005-072 and FNP-2005-072.

7.   On August 25, 2006, the Agency issued a written notification dismissing both complaints, asserting that Mr. Robinson had not initiated contact with the Agency's EEO counselor within 45 days of the date of the matter alleged to be discriminatory or the effective date of the action. This constituted the final agency decision (FAD) on complaint No. FNP-2005-072. As to complaint No. DM-2005-072, Plaintiff was notified of his right to file a Request for Reconsideration (RFR) with the Director, Office of Civil Rights (OCR) of the DOI. His RFR was timely submitted and denied by the DOI/OCR on November 20, 2006.

8.   As to complaint No. FNP-2005-072, Plaintiff filed a timely Notice of Appeal to the Equal Employment Opportunity Commission (EEOC), Office of Federal Operations (OFO). The OFO issued a decision dated March 23, 2007, upholding the DOI's FAD and Plaintiff filed a timely Request for Reconsideration. On May 23, 2007, the EEOC issued its Denial of Plaintiff's Request for Reconsideration and advised Plaintiff of his right to file a civil action, as to both complaints (Agency Nos. FNP-2005-072 and DM-2005-072) in an appropriate United States District Court within ninety (90) calendar days from the date that he received the decision. A copy of the decision containing said notice of right to sue is attached hereto.

## FACTS

9.  Plaintiff, Lawrence Robinson, was employed by Defendant, assigned, during all relevant time periods, to the Brentwood Maintenance Facility, National Park Service (NPS), National Capitol Region, within the judicial district. He was employed as an Automotive Mechanic, WG-10.

10. On December 15, 2004, Plaintiff experienced an initial incident of sexual harassment when a co-worker, Maurice Braxton, made inappropriate and offensive sexual comments and expletives towards Plaintiff. Braxton approached Plaintiff and said, either verbatim or to the effect of, "Did you get fucked in your ass yet?" Plaintiff responded, either verbatim or to the effect of, "If you're playing, I don't play games like this. . . . Don't ever in your life approach me like this again. . . . I'm not to be played with."

11. On December 20, 2004, inside the truck shop at the Brentwood Facility, Plaintiff was approached, again, by Braxton, who, again, made inappropriate and offensive sexual comments and expletives and, in addition this time, threats towards Plaintiff. Braxton approached Plaintiff and said, verbatim or to the effect of, "Did you get fucked in the ass yet?" Plaintiff responded, either verbatim or to the effect of, "What did you say?" Braxton repeated himself several times, and said, either verbatim or to the effect of, "Well, nigger you heard what I said." Braxton followed Plaintiff to the break room, where he repeated himself while pouring coffee, and said, either verbatim or to the effect of, "Do you want me to fuck you in the ass?" Before Plaintiff had a chance to respond, Braxton further added, either verbatim or to the effect of, "Nigger, you know you like the dick in the ass." Plaintiff, appalled and incensed, restrained himself and told Braxton to pay for his coffee and leave the shop directly. As Plaintiff proceeded to leave the break room and to make a call to the Park Police, Braxton followed him step by step.

Plaintiff repeatedly told Braxton to leave the shop (he worked elsewhere in the Facility) but Braxton would not leave and, instead, continued to badger Plaintiff.

12. When Plaintiff got to the telephone and attempted to dial his supervisor and Park Police, Braxton grabbed Plaintiff's hand in an attempt to stop him from making the call, while saying, either verbatim or to the effect of, "That's some punk-ass shit. You ain't got to do that. That's some punch ass shit." Each time Plaintiff snatched his hand away from Braxton to dial the telephone, Braxton would hang up the telephone. This happened at least four (4) times. Finally, Plaintiff exclaimed, either verbatim or to the effect of, "Get the fuck out of the shop." By this time, Plaintiff had connected with the Park Police on the telephone, and Plaintiff asked Danny Calloway to dispatch an officer to the truck shop and described what was going on. Calloway notified Plaintiff's work leader, Melvin Hayden, and Plaintiff also called Braxton's supervisor, Joan Proctor. While Plaintiff was on the telephone with Ms. Proctor, Braxton was standing in the doorway making threats, such as, either verbatim or to the effect of, "You didn't have to do that shit. You'll get your ass fucked up." Plaintiff also advised his shop supervisor, Butch Harley; however, neither Mr. Hayden nor Mr. Harley handled the incident appropriately or in a timely manner.

13. As a result of these incidents, Plaintiff was placed under extreme stress and his pre-existing medical condition was exacerbated and he has been unable to return to work ever since. His medical documentation has been accepted to support incapacitation.

14. Plaintiff alleges that the actions of the Defendant and its agents and/or employees are in violation of 42 U.S.C. Section 2000e-3 of Title VII of the Civil Rights Act of 1964, in as much as they amount to discrimination against the Plaintiff and

4

create an unlawfully hostile work environment based upon sex and/or other protected classifications.

15. As a direct and proximate result of the intentional, illegal and unlawful actions of the Defendant and its agents and/or employees, Plaintiff has suffered the loss of his employment with the Defendant, significant physical damages, psychological damages, financial stress and mental anguish.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Lawrence Robinson, hereby demands judgment against Defendant, Dirk Kempthorne, Secretary, United States Department of the Interior, together with a finding that Defendant has engaged in intentional unlawful and illegal discrimination, reinstatement to his position, back pay for the time he was under medical care, reimbursement of medical expenses, compensatory damages in the amount of $300,000.00, punitive damages in the amount of One Million Dollars ($1,000,000.00), interest from the date of judgment, costs of suit, reasonable attorney fees, and such other relief as the Court deems proper.

Respectfully submitted,

_/s/ Andrew W. Nussbaum_
Andrew W. Nussbaum (D.C. Bar No. 317446)
Attorney for Plaintiff
Lawrence Robinson

KNIGHT, MANZI, NUSSBAUM
  & LaPLACA, P.A.
14440 Old Mill Road
Upper Marlboro, Maryland 20772
(301) 952-0100

## JURY DEMAND

Plaintiff hereby demands a trial by jury on this matter.

_____
Andrew W. Nussbaum
Attorney for Plaintiff
Lawrence Robinson

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

LAWRENCE ROBINSON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  P.G., MD 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Andrew W. Nussbaum, Esquire
Knight, Manzi, Nussbaum & LaPlaca, P.A.
14440 Old Mill Road
Upper Marlboro, MD 20772
(301) 952-0100

## DEFENDANTS

DIRK KEMPTHORNE, SECRETARY,
U.S. DEPARTMENT OF THE INTERIOR

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) Washington, DC
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01499
Assigned To : Lamberth, Royce C.
Assign. Date : 8/21/2007
Description: EMPLOY DISCRIM

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ● H. *Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 U.S.C. Section 2000e-5 employment discrimination

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 1,000,000.00   Check YES only if demanded in complaint
JURY DEMAND: YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE August 21, 2007   SIGNATURE OF ATTORNEY OF RECORD  _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.