UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE ROBINSON<br>4500 Apex Lane<br>Beltsville, MD 20705-1570<br><br>    Plaintiff<br> v.<br><br>DIRK KEMPTHORNE, SECRETARY,<br>U.S. DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, DC 20240<br><br>    Defendant. | Civil Action No.: 07-1499 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

      /s/
      KENNETH ADEBONOJO
      Assistant United States Attorney
      555 4th St., N.W.
      Washington, D.C. 20530
      (202) 514-7157
      kenneth.adebonojo@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of October, 2007, I caused the foregoing Praecipe to be served on Plaintiff's Attorney, **Andrew W. Nussbaum, Esq.,** via the court's Electronic Filing Case System (ECF).

                                              /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov