UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE ROBINSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | **Civil Action No. 07-1499 (RCL)** |
| v. ) | **(ECF)** |
| ) | |
| **DIRK KEMPTHORNE, Secretary,** ) | |
| **U.S. Department of Interior** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Dirk Kempthorne, Defendant, respectfully requests an enlargement of time up to and including January 11, 2008, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendant states the following:

1. On August 21, 2007, Plaintiff, filed this action alleging discrimination under Title VII of the Civil Rights Act of 1964, *inter alia* against Dick Kempthorne, Secretary of the U.S. Department of Interior, in his official capacity. Defendant's answer or other response is due November 26, 2007.

2. The additional time is needed to enable the undersigned to conclude discussions with Agency Counsel regarding issues that are pertinent to Defendant's response.

3. This is Defendant's first request for an extension.

4. Pursuant to LCvR 7(m), Defendant attempted to confer with Plaintiff's counsel with regard to this request but was only able to leave a message. Defendant has not heard back from Plaintiff's counsel as of the filing of this motion.

WHEREFORE, Defendant requests that this enlargement be granted. The undersigned respectfully request a minute order.

November 23, 2007                              Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I that on this 23rd day of November 2007, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Andrew Wayne Nussbaum, via the Court's Electronic Case Filing system.

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)