UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**LAWRENCE ROBINSON,**              )
                                    )
       **Plaintiff**     )
                                    )
                                    ) **Civil Action No. 07-1499 (RCL)**
       v.                )  **(ECF)**
                                    )
**DIRK KEMPTHORNE, Secretary,**     )
 U.S. Department of Interior       )
                                    )
       **Defendant.**    )
_____)

### DEFENDANT'S MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

     Pursuant to Fed. R. Civ. P. 6(b)(1), Dirk Kempthorne ("Defendant") respectfully requests a brief enlargement of time up to and including January 16, 2008, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendant states the following:

     1.    Defendant's answer or other response, which is due today, is substantially complete.

     2.    The additional time is needed to enable the undersigned to confer with Agency Counsel on the final response and to obtain supervisory review.

     3.    Pursuant to LCvR 7(m), Defendant conferred with opposing counsel who has graciously consented to this request for a brief extension.

     WHEREFORE, Defendant respectfully requests that this enlargement be granted. The undersigned respectfully request a minute order.

January 11, 2008                                    Respectfully submitted,

                                                                   _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I that on this 11th day of January 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Andrew Wayne Nussbaum, via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)