UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE ROBINSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | Civil Action No. 07-1499 (RCL) |
| v.  ) | (ECF) |
| ) | |
| **DIRK KEMPTHORNE, Secretary,** ) | |
| U.S. Department of Interior ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Dirk Kempthorne ("Defendant") respectfully requests a brief enlargement of time up to and including January 22, 2008, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendant states the following:

1. The undersigned has been unexpectedly embroiled in another matter before the Honorable Richard J. Leon, U.S.D.J. throughout this week.

2. The additional time is needed to clarify one final issue with Agency Counsel and to submit the response for supervisory review.

3. Pursuant to LCvR 7(m), Defendant conferred with opposing counsel who has graciously consented to this request for a brief extension.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. The undersigned respectfully request a minute order.

January 16, 2008                          Respectfully submitted,

                                          _/s/_____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                          _/s/_____
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

                                          _/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          (202) 514-7157
                                          (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I that on this 16th day of January 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Sheldon Gnatt, Esq., via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)