UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE ROBINSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DIRK KEMPTHORNE, Secretary,** )<br>**U.S. Department of Interior,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1499 (RCL) |

## ORDER

Upon consideration of defendant's motion [6] for enlargement of time to file answer or otherwise respond to plaintiff's complaint, it is hereby

ORDERED that the motion [6] is GRANTED; and it is further

ORDERED that defendant shall file its response to plaintiff's complaint on or before January 22, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 17, 2008.