UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE ROBINSON | * |
| Plaintiff | * |
| v. | * Civil Action No. 07-1499 (RCL)<br>* (ECF) |
| DIRK KEMPTHORNE, SECRETARY,<br>U.S. DEPARTMENT OF THE INTERIOR | * |
| Agency/Defendant | * |

* * * * * * * * * * * * *

PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Lawrence Robinson, by and through her attorneys, Knight, Manzi, Nussbaum & LaPlaca, P.A., and hereby submits this consent motion to extend the time by which to respond to Defendant, Dirk Kempthorne, Secretary, United States Department of the Interior's Motion to Dismiss or for Summary Judgment.

1. Plaintiff filed this action on August 21, 2007. Defendant's initial responsive pleading was due on November 26, 2007. After receiving extensions from the Court, with the Plaintiff's consent, Defendant, on January 22, 2008, filed his Motion to Dismiss or for Summary Judgment as his first initial responsive pleading.

2. The Plaintiff's Opposition was due to be filed on or before February 4, 2008. Plaintiff's counsel will need additional time to develop the information and any affidavits needed to oppose Defendant's Motion.

3. Pursuant to Local Rule LCvR 7(m), on February 11, 2008, counsel for Plaintiff spoke by telephone with counsel for Defendant and obtained his

consent to an extension of time for filing Plaintiff's Opposition to Motion to Dismiss or for Summary Judgment, to March 3, 2008.

WHEREFORE, Plaintiff, with consent of Defendant, respectfully requests that he be given until <u>March 3, 2008</u> to respond to the Motion to Dismiss or for Summary Judgment. The undersigned respectfully requests a minute order.

Respectfully submitted,

_____
Andrew W. Nussbaum
Attorney for Plaintiff
Lawrence Robinson
U. S. District Court I.D. No. 317446

KNIGHT, MANZI, NUSSBAUM
  & LaPLACA, P.A.
14440 Old Mill Road
Upper Marlboro, Maryland  20772
(301) 952-0100

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of February, I caused the foregoing Plaintiff's Consent Motion to Extend Time to Respond to Defendant's Motion to Dismiss or for Summary Judgment to be served on Defendant's attorney, Kenneth Adebonojo, Esq., via the Court's Electronic case Filing system.

_____
Andrew W. Nussbaum