UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE ROBINSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | Civil Action No. 07-1499 (RCL) |
| v. ) | (ECF) |
| ) | |
| **DIRK KEMPTHORNE, Secretary,** ) | |
| U.S. Department of Interior ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT'S MOTION TO ENLARGE TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. Civ. P. 6(b)(1), Dirk Kempthorne ("Defendant") respectfully requests a brief enlargement of time up to and including March 27, 2008, to file a reply brief. The reply is currently due tomorrow, March 13, 2007. In support of this motion, Defendant states the following:

1. Amongst may other pressing matters this week, the undersigned is out of the office for two days in depositions in the matter of Whitney v. USA, 07-1005 and preparing for oral argument on Friday in the Circuit Court of Appeals in another matter, In re Collins, 07-5358.

2. The undersigned also requests the additional time in order to confer with Agency Counsel.

3. Pursuant to LCvR 7(m), Defendant conferred with opposing counsel who has graciously consented to this request.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. The undersigned respectfully requests a minute order.

March 12, 2008                                  Respectfully submitted,

                                                        _/s/_____
                                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                        United States Attorney

                                                        _/s/_____
                                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                        Assistant United States Attorney

                                                        _/s/_____
                                                        KENNETH ADEBONOJO
                                                        Assistant United States Attorney
                                                        Judiciary Center Building
                                                        555 4th Street, N.W. – Civil Division
                                                        Washington, D.C.  20530
                                                        (202) 514-7157
                                                        (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify I that on this 12th day of March 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Sheldon Gnatt, Esq., via the Court's Electronic Case Filing system.

                                                      _/s/_____
                                                 KENNETH ADEBONOJO
                                               Assistant United States Attorney
                                               Judiciary Center Building
                                               555 4th Street, N.W. – Civil Division
                                               Washington, D.C.  20530
                                               (202) 514-7157
                                               (202) 514-8780 (facsimile)