UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE ROBINSON | * |
| Plaintiff | * |
| v. | * Civil Action No. 07-1499 (RCL) |
| DIRK KEMPTHORNE, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR | * (ECF) |
| Agency/Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew W. Nussbaum, am a member in good standing of the bar of this Court (D.C. bar number 317446). I move the admission of Sheldon L. Gnatt, to appear *pro hac vice*, pursuant to U.S. District Court Rule LCvR 83.2(d), in the above case as counsel for the Plaintiff, Lawrence Robinson.

I declare that:

1. Attorney's Name:  Sheldon Lewis Gnatt, Esquire

2. Attorney's Office Address and Telephone Number:
   Knight, Manzi, Nussbaum & LaPlaca, P.A.
   14440 Old Mill Road
   Upper Marlboro, MD 20772
   Telephone No. (301)-952-0100
   Fax No. (301) 952-0221

3. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| **Maryland** | 1981 |
| **District of Columbia** | 1982 |
| **U.S. Dist. Ct., D.Md.** | November 5, 1982 |

LAW OFFICES
KNIGHT, MANZI, NUSSBAUM AND LAPLACA
PROFESSIONAL ASSOCIATION
14440 OLD MILL ROAD
UPPER MARLBORO, MARYLAND 20772
(301) 952-0100

| | |
|---|---|
| U.S. Ct. App., 4th Cir. | September 5, 1986 |
| U.S. Ct. App., Fed. Cir. | October 18, 2004 |

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. During the two years immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **1** time.

6. The proposed admittee is a member of the District of Columbia Bar. The bar number of the proposed admittee is 362405.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Andrew W. Nussbaum | /s/ Sheldon L Gnatt |
| Andrew W. Nussbaum, Esquire | Sheldon L Gnatt, Esquire |
| D.C. Bar No. 317446 | D.C. Bar No. 362405 |

Knight, Manzi, Nussbaum & LaPlaca, P.A.
14440 Old Mill Road
Upper Marlboro, MD  20772-3088
(301)952-0100
Fax No. (301) 952-0221

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July 2008, a copy of the foregoing Motion for Admission *pro hac vice* was mailed by first class mail, postage prepaid, to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW – Civil Division
Washington, DC  20530
(202) 514-7157
*Attorney for Defendant*

                                                                                                                               Andrew W. Nussbaum

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE ROBINSON** | * |
| Plaintiff | * |
| v. | * Civil Action No. 07-1499 (RCL) |
| | * (ECF) |
| **DIRK KEMPTHORNE, SECRETARY,** | * |
| **U.S. DEPARTMENT OF THE INTERIOR** | * |
| Agency/Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of the Motion of Andrew W. Nussbaum to admit Sheldon L. Gnatt, *pro hac vice* in the above-captioned case, and it appearing to the Court that Sheldon L. Gnatt is a member in good standing of the District of Columbia Bar, is familiar with the Local Rules of the U.S. District Court for the District of Columbia, and has been admitted *pro hac vice* once in this Court in the two years preceding this Order, it is this ___ day of _____, 2008, by the U.S. District Court for the District of Columbia

**ORDERED,** that the Motion to Admit Sheldon L. Gnatt *pro hac vice* be and the same hereby is GRANTED; and it is further

ORDERED, that Sheldon L. Gnatt be and hereby is admitted *pro hac vice* as Plaintiff's counsel in the case of Lawrence Robinson v. Dirk Kempthorne, Secretary, U.S. Department of the Interior, Case No.: <u>07-1499 (RCL)</u>.

_____
JUDGE

cc:  Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW – Civil Division
Washington, DC 20530
(202) 514-7157
*Attorney for Defendant*


Andrew W. Nussbaum  (D. C. Bar No. 317446)
Sheldon L. Gnatt (D. C. Bar No. 362405)
KNIGHT, MANZI, NUSSBAUM & LaPLACA, P.A.
14440 Old Mill Road
Upper Marlboro, MD 20772
(301) 952-0100
*Attorneys for Plaintiff, Lawrence Robinson*