UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE ROBINSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 07-1499 (RCL) |
| v. ) | (ECF) |
| ) | |
| DIRK KEMPTHORNE, Secretary, ) | |
| U.S. Department of Interior ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION

Dirk Kempthorne, in his official capacity as Secretary, U.S. Department of the Interior ("Defendant"), by and through the undersigned counsel, hereby files this Motion for Leave to File a Supplemental Declaration in support of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. In support thereof, Defendant states the following:

1.  Plaintiff brought this Title VII action alleging that he was subjected to sexual harassment when, on December 20, 2004, a co-worker propositioned him for sex. See Docket Entry 1. Title VII requires Plaintiff to have sought counseling no later than February 3, 2005, 45 days after the incident that brought about the complaint. 29 C.F.R. §1614.105(a)(1). The record is clear and there is no dispute that Plaintiff did not seek timely counseling as required by Title VII until March 4, 2005. See Docket Entry 11.

2.  Accordingly, Defendant filed a Motion to Dismiss or in the Alternative For Summary Judgment on the grounds that Plaintiff failed to seek counseling in a timely manner. See Docket Entry 8.

3.     In support of the motion, Defendant submitted a declaration by Alvin Dillings, Chief of the Employment Complaints and Adjudication Division, Office of Civil Rights, Department of the Interior, attached to which was a copy of a poster obtained as part of Defendant's investigation into Plaintiff's allegations in 2006.

4.     In his opposition to Defendant's motion, docket entry 11, Plaintiff argued that he was not aware of the 45-day requirement to seek counseling and that, although he had seen posters in the workplace that advise employees of their rights under Title VII, the posters that he saw did not reflect the 45-day requirement.  See Docket Entry 11.

5.     During oral argument on Defendant's motion on July 11, 2008, the Court inquired into whether Defendant is obligated to produce for the Court, the actual notice that existed at Plaintiff's place of employment presumably during the 45 days immediately after the December 20, 2004 incident.

6.     Although Defendant takes the position that the actual notice is not necessarily required, especially since Plaintiff admits that he saw notices in the workplace, leave is sought to file the attached supplemental declaration by Joy Harris, an EEO Manager, to address the Court's concerns.  See Ex. A.

7.     The Court may grant Defendant leave to file the attached supplemental declaration in its discretion.  See Dial A Car v. Transportation, Inc., 82 F.3d 484, 489 n4 (D.C. Cir. 1996) (upholding the lower court's refusal to consider a supplemental declaration where the parties sought judgment on the pleadings only).  Defendant filed a Motion to Dismiss or in the Alternative for Summary Judgment so consideration of a supplemental declaration is an appropriate exercise of discretion in the instant matter.

July 17, 2008                             Respectfully submitted,

                                                                 _/s/_____
                                                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                                 United States Attorney

                                                                 _/s/_____
                                                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                                  Assistant United States Attorney

                                                                 _/s/_____
                                                                  KENNETH ADEBONOJO
                                                                  Assistant United States Attorney
                                                                  Judiciary Center Building
                                                                  555 4th Street, N.W. – Civil Division
                                                                  Washington, D.C. 20530
                                                                  (202) 514-7157
                                                                  (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 17th day of July, 2008, I caused the foregoing Motion for Leave to File a Supplemental Declaration to be served on Plaintiff's attorney, Andrew Wayne Nussbaum, via the Court's Electronic Case Filing system.

```
           _/s/_____
           KENNETH ADEBONOJO
           Assistant United States Attorney
           Judiciary Center Building
           555 4th Street, N.W. – Civil Division
           Washington, D.C.  20530
           (202) 514-7157
           (202) 514-8780 (facsimile)
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE ROBINSON,  )<br>  )<br>  Plaintiff  )<br>  )<br>  v.  )<br>  )<br>DIRK KEMPTHORNE, Secretary,  )<br>  U.S. Department of Interior  )<br>  )<br>  Defendant.  ) | Civil Action No. 07-1499 (RCL)<br>(ECF) |

### DECLARATION OF JOY HARRIS

I, Joy Harris, declare and say

1. I am the Equal Employment Opportunity (EEO) Manager, National Capital Region, (NCR) National Park Service, U.S. Department of the Interior. I have held this position since July 10, 2005. Prior to that time, I held various other positions in the EEO office, National Capital Region beginning March 18, 1984.

2. As part of my official duties, I am familiar with the Report of Counseling filed in connection with, at that time, a proposed complaint of discrimination by Mr. Lawrence Robinson, an employee of the Brentwood Maintenance Facility. The Brentwood Maintenance Facility is within the jurisdiction of the NCR.

3. Mr. Robinson first sought counseling on March 4, 2005 for an alleged incident of sexual harassment on December 20, 2004. The 45-day time period for contacting a counselor ended on February 3, 2005. Mr. Robinson received counseling from EEO counselor Lee Gaither in the NCR.

4. In his counseling report, Mr. Gaither indicated that Mr. Robinson admitted that he observed a poster of the NPS EEO counselors on the Brentwood Maintenance Facility Bulletin Board.

5. As his supervisor, I reviewed and signed Mr. Gaither=s report on September 7, 2005. The agency dismissed Mr. Robinson=s claim as untimely filed on August 25, 2006. The EEOC affirmed this dismissal.

6. On October 26, 2006, I wrote a memorandum to the EEO Program Manager, NPS titled AResponse to Lawrence Robinson Reconsideration B DM-2005-072." The memorandum was prepared as part of a process of Mr. Robinson=s appeal to the EEOC for review of the agency=s dismissal of his EEO claim. In general, the posters are changed only when there is a change in EEO counselors.

7. I enclosed as an attachment to my October 26, 2006 memorandum copies of the three posters that the NCR had posted over the prior 11 years (i.e. since 1995), all of which identify the required time frame for seeking EEO counseling. Thus the poster that Mr. Robinson admits he saw at the Brentwood Maintenance Facility during the period December, 2004 through March 2005 would have included the information about the 45 day time period.

8. The three posters that the EEO, NCR had posted since 1995 at facilities within its jurisdiction are attached to this Declaration.

In accordance with 28 U.S.C. '1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed this _17_ day of July, 2008   _____
                                         Joy Harris

# Exhibit 1

# National Park Service   National Capital Region
# Equal Employment Opportunity

*"If you believe you have been discriminated against on the basis of race, color, age, sex, religion, national origin, or physical/mental handicap contact your EEO Counselor."*



**Joy A. Harris**
Lead/Class Counselor
(202) 619-7020



**Susan Fauntleroy**
C&O Canal NHP
(301) 443-0721



**Donna Welty**
Catoctin Mtn. Park
(301) 663-9343



**Charles K. Byrnes**
G.W.M.P.
(301) 492-6266



**Matthew Penrod**
G.W.M.P.
(703) 557-0614



**Terrie Wise**
Harpers Ferry NHP
(304) 535-6223



**Lawrence Wilson**
Job Corps Center
(304) 725-2011



**Lavanna Stevenson**
NCP-Central
(202) 485-9871



**Kim Elder**
NCP-East
(202) 426-5961



**Kathy Langley**
Presidents Park
(202) 755-7798



**George Liffert**
Prince William Park
(703) 221-2192



**Cindy Donaldson**
Rock Creek Park
(202) 426-6832



**Pancho U. Gonzales**
U.S. Park Police
(202) 472-3760



**Suzan M. Howell**
U.S. Park Police
(202) 416-7900



**Don Thorne**
U.S. Park Police
(202) 619-7019



*Individual or Class Complaint: Employee(s) or Applicant(s) for employment must contact an EEO Counselor within 45 calendar days of the alleged discriminatory act. For more information, contact the NCR Equal Opportunity Office: (202) 619-7020.*

# National Park Service
## National Capital Area

## Equal Employment Opportunity

If you believe you have been discriminated against on the basis of race, color, age, sex, religion, national origin, or physical/mental handicap, contact your EEO Counselor.


Joy A. Harris   202-619-7020
Lead/Class Counselor-EEO Office


Mike Weinstein   301-432-5124
Antietam NBP


Nancy Hough-Furr   301-739-4200
C & O Canal NHP


Peggy Royer   301-663-9357
Catoctin Mountain Park


Wanda Washington   202-619-7005
Field Director's Office


Mike Clear   703-419-6412
George Washington Mem. Parkway


Joseph Gilmer   703-419-6414
George Washington Mem. Parkway


Matthew Penrod   703-557-0614
George Washington Mem. Parkway


Catherine Bragaw   304-535-6063
Harpers Ferry National Park


Rita Hennessy   202-485-9870
National Capital Parks-Central


Lavanna Stevenson   202-485-9871
National Capital Parks-Central


Karla Stanley   202-690-5185
National Capital Parks-East


George Liffert   703-221-7181
Prince William Forest Park


Ian Crane   202-426-6710
United States Park Police


A.L. Gaither, Jr.   202-426-6710
United States Park Police


Lori Panarello   301-492-6250
United States Park Police


Jason Raymos   301-492-6250
United States Park Police


Don Thorne   202-619-7019
United States Park Police

Individual or Class Complaint: Employee(s) or Applicant(s) for employment must contact an EEO Counselor within 45 calendar days of the alleged discriminatory act.

For more information, contact the **NCA Equal Opportunity Office: (202) 619-7020.**




# NATIONAL PARK SERVICE / NATIONAL CAPITAL REGION

# Equal Employment Opportunity (EEO) Counselors

If you believe you have been discriminated against on the basis of race, color, age, sex, sexual orientation, religion, national origin, or physical/mental handicap, contact one of the following EEO Counselors:



Joy A. Harris
Lead/Class Counselor
Equal Opportunity Office
(202) 619-7020



A. L. Gaither, Jr.
United States Park Police
(202) 426-6711



Marlene Doty
George Washington Mem. Pkwy.
(703) 289-2529



Catherine Bragaw
Harpers Ferry Nat'l Historical Park
(304) 535-6063



Jonathan Hofflinger
United States Park Police
(202) 426-6710



Christine Lopez
United States Park Police
(202) 690-5066



George Liffert
Prince Wm. Forest Park
(703) 221-5845



Joy Kinard
George Washington Mem. Pkwy.
(703) 235-1530



Mike Weinstein
Antietam Nat'l Battlefield Park
(301) 432-5124



Wanda L. Washington
Nat'l Capital Parks - East
(202) 690-5158



Pandy Tomko-Smith
Catoctin Mountain Park
(301) 663-9343



Lonnie R. Lowe
Nat'l Capital Parks - East
(202) 690-5177

**INDIVIDUAL OR CLASS COMPLAINT:**
Employee(s) or Applicant(s) for employment must contact an EEO Counselor within 45 calendar days of the alleged discriminatory act.




# FOR MORE INFORMATION CALL THE EEO OFFICE: (202) 619-7020