## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **LAWRENCE ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-1499 (RCL)** |
| | ) | |
| **DIRK KEMPTHORNE, Secretary,** | ) | |
| **U.S. Department of Interior,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Now comes before the Court defendant's Motion [16] for leave to File a Supplemental

Declaration.  Defendant's motion was filed on July 17, 2008.  Plaintiff did not oppose

defendant's motion.  Accordingly, it is hereby

ORDERED that defendant's motion [16] is hereby GRANTED as unopposed.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, August 12, 2008.