## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE ROBINSON, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) **Civil Action No. 07-1499 (RCL)** |
| | ) **(ECF)** |
| DIRK KEMPTHORNE, Secretary, | ) |
| U.S. Department of Interior | ) |
| | ) |
| **Defendant.** | ) |

## DECLARATION OF JOY HARRIS

I, Joy Harris, declare and say

1.     I am the Equal Employment Opportunity (EEO) Manager, National Capital

Region, (NCR) National Park Service, U.S. Department of the Interior. I have held this position

since July 10, 2005. Prior to that time, I held various other positions in the EEO office, National

Capital Region beginning March 18, 1984.

2.     As part of my official duties, I am familiar with the Report of Counseling filed in

connection with, at that time, a proposed complaint of discrimination by Mr. Lawrence

Robinson, an employee of the Brentwood Maintenance Facility. The Brentwood Maintenance

Facility is within the jurisdiction of the NCR.

3.     Mr. Robinson first sought counseling on March 4, 2005 for an alleged incident of

sexual harassment on December 20, 2004. The 45-day time period for contacting a counselor

ended on February 3, 2005. Mr. Robinson received counseling from EEO counselor Lee Gaither

in the NCR.

4.     In his counseling report, Mr. Gaither indicated that Mr. Robinson admitted that he observed a poster of the NPS EEO counselors on the Brentwood Maintenance Facility Bulletin Board.

5.     As his supervisor, I reviewed and signed Mr. Gaither=s report on September 7, 2005. The agency dismissed Mr. Robinson=s claim as untimely filed on August 25, 2006. The EEOC affirmed this dismissal.

6.     On October 26, 2006, I wrote a memorandum to the EEO Program Manager, NPS titled  AResponse to Lawrence Robinson Reconsideration B DM-2005-072." The memorandum was prepared as part of a process of Mr. Robinson=s appeal to the EEOC for review of the agency=s dismissal of his EEO claim.  In general, the posters are changed only when there is a change in EEO counselors.

7.     I enclosed as an attachment to my October 26, 2006 memorandum copies of the three posters that the NCR had posted over the prior 11 years (i.e. since 1995), all of which identify the required time frame for seeking EEO counseling.  Thus the poster that Mr. Robinson admits he saw at the Brentwood Maintenance Facility during the period December, 2004 through March 2005 would have included the information about the 45 day time period.

8.     The three posters that the EEO, NCR had posted since 1995 at facilities within its jurisdiction are attached to this Declaration.

In accordance with 28 U.S.C. ' 1746, I declare under penalty of perjury that the foregoing

information is true and correct.

Executed this _17_ day of July, 2008 _____

Joy Harris

3

# Exhibit 1